FILED
December 9, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:11-cr-00514 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| AHMED CHARTAEV, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ahmed Chartaev</u>; Case <u>2:11-cr-00514 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of <u>$75,000.00</u>, co-signed by Mr. and Mrs. Karpekin.

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond secured by Real Property

\_\_   Corporate Surety Bail Bond

_X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/9/2011</u>   at 2:20 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge