```
FILED
December 9, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AHMED CHARTAEV, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00514 GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ahmed Chartaev</u>; Case <u>2:11-cr-00514 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_\_    Release on Personal Recognizance

    \_\_\_    Bail Posted in the Sum of _____

    **X**    Unsecured Appearance Bond in the amount of <u>$75,000.00</u>, co-signed by Mr. and Mrs. Karpekin.

    \_\_\_    Appearance Bond with 10% Deposit

    \_\_\_    Appearance Bond secured by Real Property

    \_\_\_    Corporate Surety Bail Bond

    **X**    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/9/2011</u> at 2:20 p.m.

By _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge