DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
NICHOLAS VOTAW

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00514 GEB |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS UNDER |
| | ) SPEEDY TRIAL ACT; [PROPOSED] |
| v. | ) FINDINGS AND ORDER |
| | ) |
| AHMED CHARTAEV | ) |
| KHADZHIMURAD BABATOV | ) |
| NICHOLAS VOTAW | ) |
| HAKOB SERGOYAN | ) |
| ANDREY KIM | ) |
| STANSLAV SARBER | ) |
| SERGEY SHCHIRSKY | |
| MAGOMED ABDUKHALIKOV | |
| | |
| Defendants. | |

_____

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on September 7, 2012.

2.   By this stipulation, the defendants now move to continue the status conference

until November 16, 2012, and to exclude time between September 7, 2012, and November 16, 2012, under Local Code T4.  Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a.    The government has represented that the discovery associated with this case includes approximately 4,483 pages of investigative reports and related documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.    Counsel for the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

c.    Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.    The government does not object to the continuance.

e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 7, 2012, to November 16, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the

best interest of the public and the defendants in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.

Dated:  August 31, 2012                              U.S. ATTORNEY

                                          by:     /s/ David D. Fischer for_____
                                                  LEE BICKLEY
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff


Dated: August 31, 2012                            /s/  David D. Fischer for_____
                                                  KRESTA DALY
                                                  Attorney for Defendant
                                                  AHMED CHARTAEV


Dated:  August 31, 2012                           /s/  David D. Fischer for_____
                                                  JOHN DUREE, JR.
                                                  Attorney for Defendant
                                                  KHADZHIMURAD BABATOV


Dated:  August 31, 2012                           /s/  David D. Fischer_____
                                                  DAVID D. FISCHER
                                                  Attorney for Defendant
                                                  NICHOLAS VOTAW


Dated:  August 31, 2012                           /s/  David D. Fischer for_____
                                                  ALAN EISNER
                                                  Attorney for Defendant
                                                  HAKOB SERGOYAN


Dated:  August 31, 2012                           /s/  David D. Fischer for_____
                                                  THOMAS A. JOHNSON
                                                  Attorney for Defendant
                                                  ANDREY KIM

Dated:  August 31, 2012                        /s/  David D. Fischer for_____
                                               PETER KMETO
                                               Attorney for Defendant
                                               STANISLAV SARBER

Dated:  August 31, 2012                        /s/  David D. Fischer for_____
                                               DANNY BRACE, JR.
                                               Attorney for Defendant
                                               SERGEY SHCHIRSKIY

Dated:  September 3, 2012                       /s/  David D. Fischer for_____
                                               VICTOR HALTOM
                                               Attorney for Defendant
                                               MAGOMED ABDUKHALIKOV

Dated:  September 4, 2012                       /s/  David D. Fischer for_____
                                               CHRIS HAYDN-MYER
                                               Attorney for Defendant
                                               ANTON TKACHEV


**O R D E R**


IT IS SO FOUND AND ORDERED.

Date:   9/4/2012


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4