DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
NICHOLAS VOTAW

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV<br>KHADZHIMURAD BABATOV<br>NICHOLAS VOTAW<br>HAKOB SERGOYAN<br>ANDREY KIM<br>STANSLAV SARBER<br>SERGEY SHCHIRSKY<br>MAGOMED ABDUKHALIKOV<br>ANTON TKACHEV<br><br>    Defendants. | No. 2:11-CR-00514 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

    Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on November 16, 2012.

    2.    By this stipulation, the defendants now move to continue the status conference

1

until January 25, 2013, and to exclude time between November 16, 2012, and January 25, 2013, under Local Code T4. Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    The government has represented that the discovery associated with this case includes approximately 4,483 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b.    Counsel for the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

    c.    Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 16, 2012, to January 25, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendants in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 13, 2012                                                    U.S. ATTORNEY

                                                                               by:    /s/ David D. Fischer for  
                                                                                         LEE BICKLEY  
                                                                                        Assistant U.S. Attorney  
                                                                                        Attorney for Plaintiff

Dated:  November 13, 2012                                                    /s/  David D. Fischer for  
                                                                                        KRESTA DALY  
                                                                                        Attorney for Defendant  
                                                                                        AHMED CHARTAEV

Dated:  November 13, 2012                                                    /s/  David D. Fischer for  
                                                                                        JOHN DUREE, JR.  
                                                                                        Attorney for Defendant  
                                                                                        KHADZHIMURAD BABATOV

Dated:  November 13, 2012                                                    /s/  David D. Fischer  
                                                                                        DAVID D. FISCHER  
                                                                                        Attorney for Defendant  
                                                                                        NICHOLAS VOTAW

Dated:  November 13, 2012                                                    /s/  David D. Fischer for  
                                                                                        ALAN EISNER  
                                                                                        Attorney for Defendant  
                                                                                        HAKOB SERGOYAN

Dated:  November 13, 2012                                                    /s/  David D. Fischer for  
                                                                                        THOMAS A. JOHNSON  
                                                                                        Attorney for Defendant  
                                                                                        ANDREY KIM

Dated:  November 13, 2012                                    /s/  David D. Fischer for
                                                             PETER KMETO
                                                             Attorney for Defendant
                                                             STANISLAV SARBER

Dated:  November 13, 2012                                    /s/  David D. Fischer for
                                                             DANNY BRACE, JR.
                                                             Attorney for Defendant
                                                             SERGEY SHCHIRSKIY

Dated:  November 13, 2012                                    /s/  David D. Fischer for
                                                             VICTOR HALTOM
                                                             Attorney for Defendant
                                                             MAGOMED ABDUKHALIKOV

Dated:  November 13, 2012                                    /s/  David D. Fischer for
                                                             CHRIS HAYDN-MYER
                                                             Attorney for Defendant
                                                             ANTON TKACHEV

**O R D E R**

IT IS SO FOUND AND ORDERED.

Date:   11/14/2012

                                             _____
                                             GARLAND E. BURRELL, JR.
                                             Senior United States District Judge