```
JOHN R. MANNING
ATTORNEY AT LAW
SBN: 220874
1111 H STREET, SUITE 204
SACRAMENTO, CA 95814
916-444-3994
FAX: 916-447-0931

Attorney for Defendant,
AHMED CHARTAEV
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-11-514 GEB |
|---|---|
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEY |
| AHMED CHARTAEV, | |
| Defendant. | |

I, AHMED CHARTAEV, defendant in the above-entitled case, hereby substitute (as appointed Counsel) JOHN R. MANNING, Esq., as my attorney in the above-entitled matter in the place of KRESTA N. DALY, Esq.

Dated: 12/27/12            /s/ Ahmed Chartaev
                           AHMED CHARTAEV, Defendant

(Original signature retained by attorney John R. Manning)

John R. Manning has been appointed to represent the above named defendant by the CJA Panel. The undersigned consents to the substitution.

Dated: 12/27/12            /s/ John R. Manning
                           JOHN R. MANNING, ESQ.

Dated: 12/27/12            /s/ Kresta N. Daly
                           KRESTA N. DALY, ESQ.

- 1 -

SUBSTITUTION OF ATTORNEY

ORDER

Based upon representations of defendant's retained counsel, Kresta N. Daly, Esq., with good cause appearing therefore, it is hereby ordered that JOHN R. MANNING, Esq., be substituted as the appointed attorney for the defendant, AHMED CHARTAEV, in the above-entitled matter in the place of KRESTA N. DALY.

**IT IS SO ORDERED.**

**1/2/13**

GARLAND E. BURRELL, JR.
Senior United States District Judge