THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-0514-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| AHMED CHARTAEV, KHADZHIMURAD BABATOV, NICHOLAS VOTAW, STANISLAV SARBER, HAKOB SERGOYAN, ROMAN MALAKHOV, MAGOMED ABDUKHALIKOV, SERGEY SHCHIRSKIY, ANDREY KIM, and ANTON TKACHEV, | |
| Defendants. | |

Plaintiff, United States of America, by and through its counsel of record, and Thomas A. Johnson, attorney for Andrey Kim, John Richard Manning, attorney for Ahmed Chartaev, John Duree, attorney for Khadzhimurad Babatov, Danny Brace, attorney for Sergey Shschirskiy, Victor Haltom, attorney for Magomed Abdukhalikov, David Fischer, attorney for Nicholas Votaw, Alan Eisner, attorney for Hakob Sergoyan, Peter Kmeto, attorney for Stanislav Sarber, and Christopher Haydn-Myer, attorney for Anton Tkachev, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on January 25, 2013.

2.    By this stipulation, Defendants now move to continue the Status Conference to April 5, 2013, and to exclude time between January 25, 2013, and April 5, 2013 under Local Code T4.  Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a.  The government has represented that the discovery associated with this case includes approximately 4,500 pages of discovery.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.  The continuance is being requested because the attorneys for each defendant need more time to prepare which will include reviewing discovery, discussing that discovery with their respective clients, considering new evidence that may affect the disposition of this case, conducting necessary research and investigation and then discussing with their clients how to proceed.

c.  Counsel each defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2013,  to April 5, 2013, inclusive, is deemed

excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  January 23, 2013                    By:    /s/  Thomas A. Johnson
                                                   THOMAS A. JOHNSON
                                                   Attorney for Defendant
                                                   ANDREY KIM

DATED:  January 23, 2013                    By:    /s/  Thomas A. Johnson for
                                                   John Richard Manning
                                                   Attorney for Defendant
                                                   Ahmed Chartaev

DATED:  January 23, 2013                    By:    /s/  Thomas A. Johnson for
                                                   John Duree, Jr.
                                                   Attorney for Defendant
                                                   Khadzhimurad Babatov

DATED:  January 23, 2013                    By:    /s/  Thomas A. Johnson for
                                                   Danny Brace
                                                   Attorney for Defendant
                                                   Sergey Shchirskiy

DATED:  January 23, 2013                    By:    /s/  Thomas A. Johnson for
                                                   Victor Haltom
                                                   Attorney for Defendant
                                                   Magomed Abdukhalikov

DATED:  January 23, 2013                    By:    /s/  Thomas A. Johnson for
                                                   David Fischer
                                                   Attorney for Defendant
                                                   Nicholas Votaw

DATED:  January 23, 2013                    By:    /s/  Thomas A. Johnson for
                                                   Alan Eisner
                                                   Attorney for Defendant
                                                   Hakob Sergoyan

3

1

DATED:  January 23, 2013          By:     /s/  Thomas A. Johnson for
                                          Peter Kmeto

2                                         Attorney for Defendant
                                          Stanislav Sarber

3   DATED:  January 23, 2013          By:     /s/  Thomas A. Johnson for
                                          Christopher Haydn-Myer

4                                         Attorney for Defendant
                                          Anton Tkachev

5

6   DATED:  January 23, 2013                  BENJAMIN B. WAGNER
                                          United States Attorney

7

8                                     By:    /s/ Thomas A. Johnson for
                                          R. STEVEN LAPHAM
                                          Assistant U.S. Attorney

9

10

11                              **ORDER**

12  **IT IS SO ORDERED.**

13  **Date:  1/24/2013**

14

15                          _____
                            GARLAND E. BURRELL, JR.

16                          Senior United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

4