DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail:  davefischer@yahoo.com

Attorney for Defendant
NICHOLAS VOTAW

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00514 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| AHMED CHARTAEV<br>KHADZHIMURAD BABATOV<br>NICHOLAS VOTAW<br>HAKOB SERGOYAN<br>ANDREY KIM<br>STANSLAV SARBER<br>SERGEY SHCHIRSKY<br>MAGOMED ABDUKHALIKOV<br>ANTON TKACHEV | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on April 5, 2013, at 9:00 a.m.

2.     By this stipulation, the defendants now move to continue the status conference until June 14, 2013, at 9:00 a.m., and to exclude time between April 5, 2013, and June 14, 2013,

under Local Code T4.  Plaintiff does not oppose this request.

   3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes approximately 4,483 pages of investigative reports and related documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b. ROBERT WILSON was recently appointed to represent defendant AHMED CHARTAEV.  Counsel for all of the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.  This case involves several defendants with several witnesses.

   c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 5, 2013, to June 14, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 2, 2013                                             U.S. ATTORNEY

                                        by:   /s/ David D. Fischer for
                                                  LEE BICKLEY
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated:  April 2, 2013                                              /s/  David D. Fischer for
                                                       ROBERT M. WILSON
                                                       Attorney for Defendant
                                                       AHMED CHARTAEV

Dated:  April 2, 2013                                              /s/  David D. Fischer for
                                                       JOHN DUREE, JR.
                                                       Attorney for Defendant
                                                       KHADZHIMURAD BABATOV

Dated:  April 2, 2013                                              /s/  David D. Fischer
                                                       DAVID D. FISCHER
                                                       Attorney for Defendant
                                                       NICHOLAS VOTAW

Dated:  April 2, 2013                                              /s/  David D. Fischer for
                                                       ALAN EISNER
                                                       Attorney for Defendant
                                                       HAKOB SERGOYAN

Dated:  April 2, 2013                                              /s/  David D. Fischer for
                                                       THOMAS A. JOHNSON

                                      Attorney for Defendant
                                      ANDREY KIM

Dated: April 2, 2013                        /s/ David D. Fischer for
                                      PETER KMETO
                                      Attorney for Defendant
                                      STANISLAV SARBER

Dated: April 2, 2013                        /s/ David D. Fischer for
                                      DANNY BRACE, JR.
                                      Attorney for Defendant
                                      SERGEY SHCHIRSKIY

Dated: April 2, 2013                        /s/ David D. Fischer for
                                      VICTOR HALTOM
                                      Attorney for Defendant
                                      MAGOMED ABDUKHALIKOV

Dated: April 2, 2013                        /s/ David D. Fischer for
                                      CHRIS HAYDN-MYER
                                      Attorney for Defendant
                                      ANTON TKACHEV

# **O R D E R**

IT IS SO FOUND AND ORDERED.

Date:  4/3/2013

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge