THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AHMED CHARTAEV,<br>KHADZHIMURAD BABATOV,<br>NICHOLAS VOTAW,<br>STANISLAV SARBER,<br>HAKOB SERGOYAN,<br>ROMAN MALAKHOV,<br>MAGOMED ABDUKHALIKOV,<br>SERGEY SHCHIRSKIY,<br>ANDREY KIM, and<br>ANTON TKACHEV,<br><br>Defendants. | Case No.: 2:11-cr-0514-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

Plaintiff, United States of America, by and through its counsel of record, and Thomas A. Johnson, attorney for Andrey Kim, Robert Wilson, attorney for Ahmed Chartaev, John Duree, attorney for Khadzhimurad Babatov, Danny Brace, attorney for Sergey Shchirskiy, Victor Haltom, attorney for Magomed Abdukhalikov, David Fischer, attorney for Nicholas Votaw, Alan Eisner, attorney for Hakob Sergoyan, Peter Kmeto, attorney for Stanislav Sarber, and Christopher Haydn-Myer, attorney for Anton Tkachev, hereby stipulate as follows:

      1.     By previous order, this matter was set for status on September 12, 2013.

2.      By this stipulation, Defendants now move to continue the Status
Conference to December 5, 2013, at 9:30 a.m., and to exclude time between
September 12, 2013, and December 5, 2013 under Local Code T4.  Plaintiff
does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the
following:

a.  The government has represented that the discovery associated with this
case includes approximately 4,500 pages of discovery.  This discovery
has been either produced directly to counsel and/or made available for
inspection and copying.

b.  The continuance is being requested because the attorneys for each
defendant need more time to prepare which will include reviewing
discovery, discussing that discovery with their respective clients,
considering new evidence that may affect the disposition of this case,
conducting necessary research and investigation and then discussing
with their clients how to proceed.

c.  Counsel each defendant believe that failure to grant the above-requested
continuance would deny him/her the reasonable time necessary for
effective preparation, taking into account the exercise of due diligence.

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by
continuing the case as requested outweigh the interest of the public and
the defendant in a trial within the original date prescribed by the Speedy
Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18
U.S.C. § 3161, et seq., within which trial must commence, the time
period of September 12, 2013,  to December 5, 2013, inclusive, is
deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

2

Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  September 10, 2013                 By:     /s/  Thomas A. Johnson
                                                                THOMAS A. JOHNSON
                                                                Attorney for Defendant
                                                                ANDREY KIM

DATED:  September 10, 2013                 By:     /s/  Thomas A. Johnson for
                                                                Robert Wilson
                                                                Attorney for Defendant
                                                                Ahmed Chartaev

DATED: September 10, 2013                  By:     /s/  Thomas A. Johnson for
                                                                John Duree, Jr.
                                                                Attorney for Defendant
                                                                Khadzhimurad Babatov

DATED: September 10, 2013                  By:     /s/  Thomas A. Johnson for
                                                                Danny Brace
                                                                Attorney for Defendant
                                                                Sergey Shchirskiy

DATED:  September 10, 2013                 By:     /s/  Thomas A. Johnson for
                                                                Victor Haltom
                                                                Attorney for Defendant
                                                                Magomed Abdukhalikov

DATED: September 10, 2013                  By:     /s/  Thomas A. Johnson for
                                                                David Fischer
                                                                Attorney for Defendant
                                                                Nicholas Votaw

DATED: September 10, 2013                  By:     /s/  Thomas A. Johnson for
                                                                Alan Eisner
                                                                Attorney for Defendant
                                                                Hakob Sergoyan

3

DATED: September 10, 2013          By:     /s/  Thomas A. Johnson for
                                           Peter Kmeto
                                           Attorney for Defendant
                                           Stanislav Sarber

DATED:  September 10, 2013          By:     /s/  Thomas A. Johnson for
                                           Christopher Haydn-Myer
                                           Attorney for Defendant
                                           Anton Tkachev

DATED: September 10, 2013                   BENJAMIN B. WAGNER
                                           United States Attorney

                                    By:     /s/ Thomas A. Johnson for
                                           LEE BICKLEY
                                           Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED.**

Dated: September 10, 2013

Troy L. Nunley
United States District Judge

4