DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
NICHOLAS VOTAW

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV<br>KHADZHIMURAD BABATOV<br>NICHOLAS VOTAW<br>HAKOB SERGOYAN<br>ANDREY KIM<br>STANSLAV SARBER<br>SERGEY SHCHIRSKY<br>MAGOMED ABDUKHALIKOV<br>ANTON TKACHEV<br><br>    Defendants. | No. 2:11-CR-00514 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

    Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on December 5, 2013, at 9:30 a.m.

    2.    By this stipulation, the defendants now move to continue the status conference

until January 30, 2014, at 9:30 a.m., and to exclude time between December 5, 2013, and January 30, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes approximately 4,483 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for all of the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial. This case involves several defendants with several witnesses. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 5, 2013, to January 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendants in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 2, 2013                              U.S. ATTORNEY

                                                       by:     /s/ David D. Fischer for
                                                                    LEE BICKLEY
                                                                    Assistant U.S. Attorney
                                                                    Attorney for Plaintiff

Dated:  December 2, 2013                                      /s/  David D. Fischer for
                                                                    ROBERT M. WILSON
                                                                    Attorney for Defendant
                                                                    AHMED CHARTAEV

Dated:  December 2, 2013                                      /s/  David D. Fischer for
                                                                    JOHN DUREE, JR.
                                                                    Attorney for Defendant
                                                                    KHADZHIMURAD BABATOV

Dated:  December 2, 2013                                      /s/  David D. Fischer
                                                                     DAVID D. FISCHER
                                                                    Attorney for Defendant
                                                                    NICHOLAS VOTAW

Dated:  December 2, 2013                                      /s/  David D. Fischer for
                                                                    ALAN EISNER
                                                                    Attorney for Defendant
                                                                    HAKOB SERGOYAN

Dated:  December 2, 2013                                      /s/  David D. Fischer for
                                                                    THOMAS A. JOHNSON
                                                                    Attorney for Defendant
                                                                    ANDREY KIM

Dated:  December 2, 2013                    /s/  David D. Fischer for
                                            PETER KMETO
                                            Attorney for Defendant
                                            STANISLAV SARBER


Dated:  December 2, 2013                    /s/  David D. Fischer for
                                            DANNY BRACE, JR.
                                            Attorney for Defendant
                                            SERGEY SHCHIRSKIY


Dated:  December 2, 2013                    /s/  David D. Fischer for
                                            VICTOR HALTOM
                                            Attorney for Defendant
                                            MAGOMED ABDUKHALIKOV


Dated:  December 2, 2013                    /s/  David D. Fischer for
                                            CHRIS HAYDN-MYER
                                            Attorney for Defendant
                                            ANTON TKACHEV


**O R D E R**


IT IS SO FOUND AND ORDERED this 3rd day of December, 2013.


                                            Troy L. Nunley
                                            United States District Judge