VICTOR S. HALTOM (SBN 155157)
Attorney at Law
428 J Street, Suite 350
Sacramento, CA. 95814
Tel. (916) 444-8663
Fax (916) 447-2920
E-Mail:  vshjah@aol.com

Attorney for Defendant
MAGOMED ABDUKHALIKOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV,<br>NICHOLAS VOTAW,<br>HAKOB SERGOYAN,<br>STANSLAV SARBER,<br>SERGEY SHCHIRSKY,<br>MAGOMED ABDUKHALIKOV, and<br>ANTON TKACHEV,<br><br>　　　　Defendants. | No. 2:11-CR-00514 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1.　　By previous order, this matter was set for status on May 22, 2014, at 9:30 a.m.

2.　　By this stipulation, the defendants now move to continue the status conference until August 14, 2014, at 9:30 a.m., and to exclude time between May 22, 2014, and August 14,

1

2014, under Local Code T4.  Plaintiff does not oppose this request.

       3.       The parties agree and stipulate, and request that the Court find the following:

       a.       The government has represented that the discovery associated with this case includes in excess of 4,483 pages of investigative reports and related documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

       b.       Counsel for all of the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.  This case involves several defendants with several witnesses.  Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       c.       The government does not object to the continuance.

       d.       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

       e.       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2014, to August 14, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

       4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

IT IS SO STIPULATED.

Dated:  May 15, 2014 U.S. ATTORNEY

                                               by:     /s/ Victor S. Haltom for
                                                          LEE BICKLEY
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

Dated:  May 15, 2014        /s/  Victor S. Haltom
                                                          VICTOR HALTOM
                                                          Attorney for Defendant
                                                          MAGOMED ABDUKHALIKOV

Dated:  May 15, 2014        /s/  Victor S. Haltom
                                                          ROBERT M. WILSON
                                                          Attorney for Defendant
                                                          AHMED CHARTAEV

Dated:  May 15, 2014        /s/  Victor S. Haltom   for
                                                          DAVID D. FISCHER
                                                          Attorney for Defendant
                                                          NICHOLAS VOTAW

Dated:  May 15, 2014        /s/  Victor S. Haltom for
                                                          ALAN EISNER
                                                          Attorney for Defendant
                                                          HAKOB SERGOYAN

Dated:  May 15, 2014        /s/  Victor S. Haltom for
                                                          PETER KMETO
                                                          Attorney for Defendant
                                                          STANISLAV SARBER

Dated:  May 15, 2014        /s/  Victor S. Haltom for
                                                          DANNY BRACE, JR.
                                                          Attorney for Defendant
                                                          SERGEY SHCHIRSKIY

Dated:  May 15, 2014        /s/  Victor S. Haltom for
                                                          CHRIS HAYDN-MYER
                                                          Attorney for Defendant
                                                          ANTON TKACHEV

**O R D E R**

IT IS SO FOUND AND ORDERED this 16th day of May, 2014.

               Troy L. Nunley
               United States District Judge