Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant ANTON TKACHEV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV, et. al.,<br><br>　　　　　　　Defendants. | Case No. 2:11-CR-00514 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FROM October 8, 2015 UNTIL JANUARY 7, 2016<br><br>Date:　October 8, 2015<br>Time:　9:30 a.m.<br>Judge:　Judge Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsels of record listed below, hereby stipulate as follows:

1.　By previous order, this matter was set for status on October 8, 2015, at 9:30 a.m. before Judge Troy L. Nunley.

2.　By this stipulation, the parties now move to continue the status conference until January 7, 2016, at 9:30 a.m. before Judge Troy L. Nunley, and to exclude time between October 8, 2015, and January 7, 2016, inclusive, under Local Code T4 (to allow defense counsel time to prepare).

3.　The parties agree and stipulate, and request that the Court find the following:

1　　　　　　　STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

a. The government has represented that the discovery associated with this case includes over 4,483 pages of discovery, including investigative reports and bank records and related documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. The government has also been produced discovery from the case of *United States v. Kuzmenko, et.al*.   The discovery produced from that case exceeds 70,000 pages.

c. Counsel for defendants desire additional time to consult with their respective clients, review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions and to otherwise prepare for trial. All counsel will need additional time to review the over 70,000 pages of discovery that was recently produced by the United States.

d. The government does not object to the continuance, and counsel for the government is unavailable for the status conference currently set for October 8, 2015.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2015, to January 7, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Dated: October 5, 2015     /s/ Edward W. Swanson for
                           Heiko P. Coppola
                           Assistant United States Attorney
                           Attorney for Plaintiff

Dated: October 5, 2015     /s/ Edward W. Swanson for
                           Robert M. Wilson
                           Counsel for Defendant
                           AHMED CHARTAEV

Dated: October 5, 2015     /s/ Edward W. Swanson for
                           David Fischer
                           Counsel for Defendant
                           NICHOLAS VOTAW

Dated: October 5, 2015     /s/ Edward W. Swanson for
                           Alan Eisner
                           Counsel for Defendant
                           HAKOB SERGOYAN

Dated: October 5, 2015     /s/ Edward W. Swanson for
                           Peter Kmeto
                           Counsel for Defendant
                           STANISLAV SARBER

Dated: October 5, 2015     /s/ Edward W. Swanson for
                           Danny Brace, Jr.
                           Counsel for Defendant
                           SERGEY SHCHIRSKEY

Dated: October 5, 2015     /s/ Edward W. Swanson for
                           Victor Haltom
                           Counsel for Defendant
                           MAGOMED ABDUHKSLIKOV

Dated: October 5, 2015     /s/ Edward W. Swanson for
                           Edward W. Swanson
                           Counsel for Defendant
                           ANTON TKACHEV

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 8, 2015, is continued to January 7, 2016, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from October 8, 2015, to and including January 7, 2016, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] [Local Code T4].

IT IS SO ORDERED.

Dated: October 6, 2015

_____
Troy L. Nunley
United States District Judge