EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone/Fax:   (818) 781-1570/5033
E-mail:            alan@egattorneys.com

Attorney for Defendant
HAKOB SERGOYAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>  )<br>     v. )<br>  )<br>AHMED CHARTAEV, et al., )<br>  )<br>             Defendant. )<br>_____ ) | CR No. 2:11-cr-514-TLN<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL READINESS CONFERENCE<br><br>Before the Hon. Troy L. Nunley<br>March 30, 2017 at 9:30 a.m. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsels of record listed below, hereby stipulate as follows:

By previous order, this matter was set for trial readiness on March 30, 2017, at 9:30 a.m., and jury trial on May 1, 2017 at 9:30 before Judge Troy L. Nunley.

By this stipulation, the parties now move to continue the trial readiness conference to April 6, 2017 at 9:30 a.m. before Judge Troy L. Nunley.  The parties have previously stipulated, and the court has ordered that time be excluded under Local Code T-4 up to

///

///

///

1
STIPULATION AND ORDER TO CONTINUE TRIAL READINESS CONFERENCE

and including the current trial date of May 1, 2017.

                    Respectfully submitted,

Dated: March 28, 2017        */s/ Alan Eisner for*
                                  Heiko P. Coppola
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

Dated: March 28, 2017        */s/ Alan Eisner for*
                                  Robert M. Wilson
                                  Counsel for Defendant
                                  AHMED CHARTAEV

Dated: March 28, 2017        */s/ Alan Eisner for*
                                  David Fischer
                                  Counsel for Defendant
                                  NICHOLAS VOTAW

Dated: March 28, 2017        */s/ Alan Eisner*
                                  Alan Eisner
                                  Counsel for Defendant
                                  HAKOB SERGOYAN

Dated: March 28, 2017        */s/ Alan Eisner for*
                                  Peter Kmeto
                                  Counsel for Defendant
                                  STANISLAV SARBER

Dated: March 28, 2017        */s/ Alan Eisner for*
                                  Victor Haltom
                                  Counsel for Defendant
                                  MAGOMED ABDUHKSLIKOV

STIPULATION AND ORDER TO CONTINUE TRIAL READINESS CONFERENCE

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the trial readiness conference presently set for March 30, 2017, is continued to April 6, 2017, at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 28, 2017

Troy L. Nunley
United States District Judge