ROBERT M. WILSON (SBN 122731)
LAW OFFICES OF ROBERT M. WILSON
770 L Street, Suite 950
Tel. (916) 441-0888
Fax (916) 927-0701
E-Mail: RWilson@BusinessCounsel.net

Attorney for Defendant
AHMED CHARTAEV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00514 TLN |
| Plaintiff, | STIPULATION REGARDING TERMINATION OF PRETRIAL SUPERVISION; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| AHMED CHARTAEV, NICHOLAS VOTAW, HAKOB SERGOYAN, STANSLAV SARBER, SERGEY SHCHIRSKY, MAGOMED ABDUKHALIKOV, and ANTON TKACHEV, | |
| Defendants. | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Robert M. Wilson, attorney for defendant Ahmed Chartaev, that Mr. Chartaev's pre-trial supervision should be terminated and that he should remain out of custody on the presently set $75,000 unsecured appearance bond. As a condition of her pretrial release, Mr. Chartaev shall comply with all federal, state, and local laws.

1

Pretrial Services indicates Mr. Chartaev has done exceedingly well on supervision. On December 9, 2011, the Court ordered Mr. Chartaev released on conditions of pretrial supervision and a $75,000 unsecured appearance bond. (Doc. Nos. 19 and 20.) Mr. Chartaev has remained on pre-trial supervision since that time without incident. Based on the foregoing, the parties stipulate that Mr. Chartaev pre-trial supervision should be terminated, he be ordered released on the presently set $75,000 unsecured appearance bond, and that condition number eight should remain in effect.

IT IS SO STIPULATED.

Dated: June 13, 2018                              U.S. ATTORNEY

                                                  by:   // Robert M. Wilson for
                                                        HEIKO P. COPPOLA
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

Dated: June 13, 2018                                    /s/ Robert M. Wilson
                                                        ROBERT M. WILSON
                                                        Attorney for Defendant
                                                        AHMED CHARTAEV

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that pre-trial supervision be terminated, that he remain released on the presently set $75,000 unsecured appearance bond, and that condition number eight of his conditions of pre-trial release, concerning his passport, shall remain in effect. As a condition of his pretrial release, Mr. Charaev shall comply with all federal, state, and local laws.

Dated June 14, 2018                               _____
                                                  HON EDMUND F. BRENNAN
                                                  United States Magistrate Judge