JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
AHMED CHARTAEV

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV,<br><br>Defendant. | No. 2:11-CR-0514-TLN<br><br>**ORDER TO SEAL DOCUMENTS** |

Upon application of the defendant Ahmed Chartaev, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibits G(1) and G(2) to defendant's March 24, 2023, motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

Dated: March 27, 2023

_____
Troy L. Nunley
United States District Judge