PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00514-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| AHMED CHARTAEV, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.   The defendant filed a motion for compassionate release on March 24, 202.  ECF 586. Pursuant to Local Rule, the Government's response is due March 31, 2023.

2.   Counsel for the government requests additional time to obtain relevant records from the Bureau of Prisons and draft the government's response to the defendant's motion.  The defendant does not oppose the government's request.

3.   Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a)   The government's response to the defendant's motion to be filed on or before April 7, 2023;

b) The defendant's reply to the government's response to be filed on or before April 14, 2023.

IT IS SO STIPULATED.

Dated: March 30, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: March 30, 2023

/s/John Balazs
JOHN BALAZS
Attorney for Defendant
AHMED CHARTAEV

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, (ECF 586), is now due on or before April 7, 2023;

b) The defendant's reply to the government's response, if any, is due on April 14, 2023.

IT IS SO FOUND AND ORDERED this 31st day of March, 2023.

Troy L. Nunley
United States District Judge