JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorney for Defendant
AHMED CHARTAEV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV,<br><br>Defendant. | No.  2:11-CR-514-TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. Troy L. Nunley |

Defendant, AHMED CHARTAEV, through counsel, John Balazs, and plaintiff, UNITED STATES OF AMERICA, through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2.      The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision").  *See* Amendment 821, Part B, Subpart 1.  The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in U.S.S.G. § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* U.S.S.G. § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On April 27, 2017, defendant Chartaev pled guilty to a one-count Superseding Information charging him with conspiracy to commit wire fraud in violation of 18 U.S.C. §§ 371 and 1343.  ECF Nos. 356, 360, 571.

4. On August 25, 2022, the Court sentenced Mr. Chartaev to 30 months imprisonment, five years supervised release, $1,106,497.66 in restitution, and a $100 special assessment.  ECF No. 562.  At the sentencing hearing, the Court followed the plea agreement and determined Mr. Chartaev's total offense level to be 19 as follows:  base offense level of 6 under U.S.S.G. § 2B1.1; a 16-level enhancement for the amount of the loss under U.S.S.G. § 2B1.1(b)(1)(I); and a 3-level reduction for timely acceptance of responsibility under U.S.S.G. § 3E1.1(b).  ECF No. 572 (sentencing transcript), at 19.  With no criminal history points and a criminal history category I, the Court found the guideline range to be 30-37 months and sentenced Mr. Chartaev to the low end of the range, 30 months.  ECF No 572, at 20.

5. The sentencing range applicable to Mr. Chartaev was subsequently lowered by the zero-point provision.

6. Mr. Chartaev is eligible for a reduction in sentence, which reduces his total offense level by 2 from 19 to 17, and his guideline range is reduced from 30-37 months to 24-30 months.

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Chartaev's term of imprisonment to 24 months.

8. Undersigned defense counsel affirms he has discussed this stipulation with defendant, and defendant has authorized counsel to enter into this agreement on his behalf.

///

///

Respectfully submitted,

Dated:  January 3, 2024      Dated:   January  3, 2024

PHILLIP TALBERT
United States Attorney

/s/
SHELLEY D. WEGER      /s/
Assistant U.S. Attorney      JOHN BALAZS

Attorney for Plaintiff      Attorney for Defendant
UNITED STATES OF AMERICA      AHMED CHARTAEV

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that defendant Ahmed Charteav is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and guideline Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 19 to 17, resulting in an amended guideline range of 24 to 30 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed on August 25, 2022 is reduced to a term of 24 months on count 1 of the Superseding Information.

IT IS FURTHER ORDERED that all other terms and provisions of the judgment remain in effect.  The clerk shall prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

IT IS FURTHER ORDERED that this order is effective February 1, 2024.

Unless otherwise ordered, Mr. Chartaev shall report to the United States Probation Office within seventy-two hours of his release.

Dated:   January 3, 2024

Troy L. Nunley
United States District Judge